■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RIVERA, Appellant.—Judgment, Supreme Court, Bronx County, rendered January 20, 1977, convicting defendant following a trial by jury of possession of a weapon in the third degree and sentencing him to an indeterminate term of imprisonment not to exceed three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing

the sentence to a term of six months and, as so modified, affirmed. We find that the sentence imposed was excessive to the extent indicated. Concur—Lupiano, J. P., Silverman, Evans, Lane and Sandler, JJ.